```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Thora Jenkins,                     :
                                   :
                                   :    21 CV 5286 (LAP)
                    Plaintiff(s),  :
                                   :         ORDER
        -against-                  :
                                   :
Vereit, Inc, et al.,               :
                                   :
                                   :
                    Defendant(s).  :
                                   :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than September 15, 2021 of the status of the action/remaining claims/defendants.

SO ORDERED.

*(signature: Loretta A. Preska)*

LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: September 8, 2021
New York, New York